# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## PA 2-557-708

**Effective Date of Registration:**
December 18, 2025
**Registration Decision Date:**
December 18, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Wobbly Life |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | July 08, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | RubberBandGames Ltd. |
| **Author Created:** | audiovisual material |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | RubberBandGames Ltd.<br>99 Canterbury Road, Whistable, Kent, CT5 4HG, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Aronberg Goldgehn Davis & Garmisa |
| **Name:** | Sofia Hastings |
| **Email:** | shastings@agdglaw.com |
| **Telephone:** | (312)755-3139 |
| **Address:** | 225 W. Washington St.<br>Suite 2800<br>Chicago, IL 60606 United States |

## Certification

**Name:** Sofia Hastings
**Date:** December 17, 2025
**Applicant's Tracking Number:** CR0071

---

**Correspondence:** Yes