**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RUBBERBANDGAMES LTD.,

                Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

                Defendants.

Case No. 26-cv-2797

**CERTIFICATE OF SERVICE**

I, Sofia Hastings, certify and declare that I am over the age of 18 years, residing in Cook County, Chicago, Illinois, and I am an attorney for Plaintiff, RubberBandGames, Ltd. ("Plaintiff") in this action. On April 23, 2026, I emailed copies of the Complaint, Schedule A, Motion for Preliminary Injunction and Docket Entry 19 on all Defendants listed on Schedule A based on e-mail addresses provided by the third-party online marketplace platforms in response to Plaintiff's third-party subpoenas. The Defendants were contemporaneously provided a link where the aforementioned pleadings and other relevant documents are located.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Dated: April 23, 2026

                                 Respectfully submitted,

                                 /s/ *Sofia Quezada Hastings*
                                 Sofia Quezada Hastings