**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RUBBERBANDGAMES LTD., | |
| Plaintiff, | Case No. 26-cv-2797 |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | Judge Robert Gettleman |
| Defendants. | |

## SCHEDULE A OF DEFAULTED DEFENDANTS

| Doe No. | Defendants | Seller URL |
|:---:|:---:|:---:|
| 1 | NANfengTL | amazon.com/sp?ie=UTF8&seller=AOQHVOP7MCZ5N |
| 2 | **DISMISSED** | |
| 3 | xy_gem | dhgate.com/store/top-selling/22265181.html |
| 4 | aurzet67 | ebay.com/usr/aurzet67 |
| 5 | **DISMISSED** | |
| 6 | duheqiang_94 | ebay.com/str/top500toys |
| 7 | fulanqin_9 | ebay.com/str/orchiddollstore |
| 8 | happyshop2024-8 | ebay.com/itm/376726713297 |
| 9 | hella-plush-shop | ebay.com/str/collectiblesboutique |
| 10 | hugevolume001 | ebay.com/str/axiscollectibles |
| 11 | **DISMISSED** | |
| 12 | sureshg7 | ebay.com/usr/sureshg7 |
| 13 | wanghui_1 | ebay.com/str/happylittledoll |
| 14 | wangjin_11 | ebay.com/str/prettygirltoy |
| 15 | **DISMISSED** | |
| 16 | **DISMISSED** | |
| 17 | Banacool anime products living wholesale | banacool.com |
| 18 | Chocominty | chocominty.com |
| 19 | FANREKCOS | fanrekcos.com |
| 20 | Lightfigment LLC | lightfigment.com |
| 21 | Melihazu | melihazu.com |
| 22 | **DISMISSED** | |
| 23 | PassionPlush.com | passionplush.com |

| Doe No. | Defendants | Seller URL |
|---|---|---|
| 24 | PlushZania | plushzania.com |
| 25 | Shopcolormuse | shopcolormuse.com |
| 26 | Wobbly Life Shop | wobblylife.shop |
| 27 | Woopytee | woopytee.com |
| 28 | YummyTee | yummytee.com |
| 29 | 1hQiiIZr | us.shein.com/store/home?store_code=4775310939 |
| 30 | 1hQiiIZr | us.shein.com/store/home?store_code=4775310939 |
| 31 | Aelected diy s | us.shein.com/store/home?store_code=8191187128 |
| 32 | **DISMISSED** | |
| 33 | CHENGZHI SHOP | us.shein.com/store/home?store_code=8113092202 |
| 34 | **DISMISSED** | |
| 35 | DAOLuN | us.shein.com/store/home?store_code=8145974402 |
| 36 | DDFF BBN | us.shein.com/store/home?store_code=5737012304 |
| 37 | DEJITO JESON RUIZ | us.shein.com/store/home?store_code=6790033014 |
| 38 | DUGUOFEIQR SHOP | us.shein.com/store/home?store_code=3690775202 |
| 39 | DUHONGQINEF SHOP | us.shein.com/store/home?store_code=3086179995 |
| 40 | EisCait359 | us.shein.com/store/home?store_code=8346232661 |
| 41 | ergtkjusdfr | us.shein.com/store/home?store_code=9146066043 |
| 42 | etrgyjtks | us.shein.com/store/home?store_code=1012484789 |
| 43 | FGSFFDSFDSF6tghft | us.shein.com/store/home?store_code=5779092424 |
| 44 | **DISMISSED** | |
| 45 | fsdgdfhgfj | us.shein.com/store/home?store_code=9527206573 |
| 46 | Gao Qirui | us.shein.com/store/home?store_code=1835000692 |
| 47 | **DISMISSED** | |
| 48 | GDGFDGDFGHDytj56 | us.shein.com/store/home?store_code=6481887395 |
| 49 | giwkhotmail.com | us.shein.com/store/home?store_code=2241249942 |
| 50 | HDGDGtgh56rh456h56h | us.shein.com/store/home?store_code=9995677761 |
| 51 | HEZH | us.shein.com/store/home?store_code=2797076152 |
| 52 | hfdgsFDSGDSFGD5g | us.shein.com/store/home?store_code=1084712236 |
| 53 | iol | us.shein.com/store/home?store_code=5650556928 |
| 54 | Ivory Cosmetics | us.shein.com/store/home?store_code=8873270942 |
| 55 | juylywishotmail.com | us.shein.com/store/home?store_code=4819056674 |
| 56 | **DISMISSED** | |
| 57 | **DISMISSED** | |
| 58 | KOPEQc | us.shein.com/store/home?store_code=4798581857 |
| 59 | lisiyingdeian | us.shein.com/store/home?store_code=8196176155 |
| 60 | **DISMISSED** | |
| 61 | LTUStoy | us.shein.com/store/home?store_code=9131240717 |
| 62 | **DISMISSED** | |
| 63 | **DISMISSED** | |
| 64 | PAILAKAPQ SHOP | us.shein.com/store/home?store_code=7263370374 |
| 65 | PVHDH | us.shein.com/store/home?store_code=4841010875 |
| 66 | qdielph1 | us.shein.com/store/home?store_code=5940480474 |

| Doe No. | Defendants | Seller URL |
|---|---|---|
| 67 | rpjwojcctmail.com | us.shein.com/store/home?store_code=2185243156 |
| 68 | sddgfhndzs | us.shein.com/store/home?store_code=6780568222 |
| 69 | sfdgvjfysrgf | us.shein.com/store/home?store_code=9013390430 |
| 70 | sxs9 | us.shein.com/store/home?store_code=5023772066 |
| 71 | TfdziUcx | us.shein.com/store/home?store_code=2498406366 |
| 72 | tjuki | us.shein.com/store/home?store_code=1053720807 |
| 73 | UNH | us.shein.com/store/home?store_code=5908870045 |
| 74 | vbdrtr | us.shein.com/store/home?store_code=5683009290 |
| 75 | vutndoowotmail.com | us.shein.com/store/home?store_code=3100051686 |
| 76 | wqed | us.shein.com/store/home?store_code=6150831137 |
| 77 | XUETINGSHOP | us.shein.com/store/home?store_code=8703714624 |
| 78 | YethWul368 | us.shein.com/store/home?store_code=7530786846 |
| 79 | yjdmccgk1ail.com | us.shein.com/store/home?store_code=5014009042 |
| 80 | yjtg | us.shein.com/store/home?store_code=3019172595 |
| 81 | ZestInfernoNexusa | us.shein.com/store/home?store_code=9370054634 |
| 82 | zhijiangshimaizhushangmaodianpu | us.shein.com/store/home?store_code=6782339392 |
| 83 | GZjcjiafang | temu.com/gzjcjiafang-m-634418217453117.html |
| 84 | JZ carpet and blanket | temu.com/mall.html?_bg_fs=1&mall_id=634418216703269 |
| 85 | JZ FCustom | temu.com/mall.html?_bg_fs=1&mall_id=634418219610100 |
| 86 | Qipanpan ER | temu.com/mall.html?_bg_fs=1&mall_id=634418227751509 |
| 87 | YbeautyblanketY | temu.com/mall.html?_bg_fs=1&mall_id=634418221157251 |
| 88 | YearRoundSlides | temu.com/mall.html?_bg_fs=1&mall_id=634418228391046 |
| 89 | **DISMISSED** | |
| 90 | Chuanyi Technology Co., Ltd | walmart.com/global/seller/102766070 |
| 91 | **DISMISSED** | |
| 92 | FantasyFrolic | walmart.com/global/seller/102850667 |
| 93 | Fuhengxi | walmart.com/global/seller/102834166 |
| 94 | fupengcheng | walmart.com/global/seller/102910326 |
| 95 | hezhuanzhen | walmart.com/global/seller/102881765 |
| 96 | jieyouji-Inc | walmart.com/global/seller/102775978 |
| 97 | jinbaichuan | walmart.com/global/seller/102803271 |
| 98 | Luke Co,ltd | walmart.com/global/seller/102632409 |
| 99 | QIANHSUI | walmart.com/global/seller/102793640 |
| 100 | qiankunmaoyi | walmart.com/global/seller/102782509 |
| 101 | renliangkaishangmao | walmart.com/global/seller/102754353 |
| 102 | ShijI Living | walmart.com/global/seller/102825108 |
| 103 | **DISMISSED** | |
| 104 | **DISMISSED** | |
| 105 | **DISMISSED** | |
| 106 | **DISMISSED** | |
| 107 | Zhijiang Cishen Network Tech. | walmart.com/global/seller/102774066 |
| 108 | Playmotion Store | wish.com/merchant/689c57976b9648dff4802069 |